PROB 12B
ED/AR (8/2002)

# United States District Court

for the

Eastern District of Arkansas



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB -5 2007

JAMES W. McCORMACK, CLERK
By: _____ DEPUTY CLERK

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Rhonda Barrett | Case Number: 4:06CR00077-001 SWW |
| Name of Sentencing Judicial Officer: | Honorable Susan Webber Wright<br>United States District Judge |
| Offense: | Making a false statement in determining rights to a federal health care program |
| Date of Sentence: | June 13, 2006 |
| Sentence: | 3 years probation, 6 months home detention with electronic monitoring, financial conditions, maintain employment, probation to be administered by the district where she is a legal resident, DNA testing, $10,332 restitution, and $100 special penalty assessment |
| Type of Supervision: Probation | Date Supervision Commenced: June 13, 2006<br>Expiration Date: June 12, 2009 |
| Asst. U.S. Attorney: Karen Whatley | Defense Attorney: Jerome Kearney |
| U.S. Probation Officer: Dwayne M. Ricks<br>Phone No.: 501-604-5273 | |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

> The defendant's six months term of home detention with electronic monitoring will be waived. The defendant has exhausted all efforts to secure a home phone system that will be compatible for electronic monitoring without success. No present phone carriers in her area are able to supply her with home phone service that will be compatible for electronic monitoring.

### CAUSE

On June 13, 2006, Ms. Barrett was sentenced to 6 months home detention with the use of electronic monitoring. However, the U.S. Probation Office in Charlotte, North Carolina, where she is a resident and is being supervised has indicated there is no telephone service available in the area where Ms. Barrett resides. Therefore, the use of electronic monitoring is unavailable. The U.S. Probation Office is requesting that Ms. Barrett's conditions be modified to waive the term of home detention with electronic monitoring. Ms. Barrett has signed a Prob 49 waiver agreeing to the modification. Ms. Barrett's attorney, Assistant Federal Public Defender Jerome Kearney has also agreed to the modification.

Prob 12B                           -2-                    Request for Modifying the
                                                    Conditions or Terms of Supervision
                                                       with Consent of the Offender

Name of Offender: Rhonda Barrett                          4:06CR00077-001 SWW

_____                    _____
Dwayne M. Ricks                              Karen Whatley
U.S. Probation Officer                       Assistant U.S. Attorney

Date: 1/23/07                                Date: 1/25/07

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✓]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

February 5, 2007
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_____
Supervising U.S. Probation Officer

DMR/jkr

c:  Assistant U.S. Attorney, Karen Whatley, P.O. Box 1229, Little Rock, AR 72203

PROB 49

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

**UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF ARKANSAS**

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

"The defendant's six (6) month term of home detention with electronic monitoring will be waived. The defendant has exhausted all efforts to secure a home phone system that will be compatible for electronic monitoring without success. No present phone carriers in her area are able to supply her with home phone service that will be compatible for electronic monitoring."

Witness: _____
U.S. Probation Officer

12/8/06
Date

Signed: __Rhonda Burnell__
Probationer or Supervised Releasee